**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION**

**PAMELA STARKS ROWE**                                                                              **PLAINTIFF**

**v.**                                                         **CIVIL ACTION NO.: 3:15-CV-193-SAA**

**COMMISSIONER OF SOCIAL SECURITY**                                **DEFENDANT**

**ORDER GRANTING PAYMENT OF ATTORNEY'S FEES**

Plaintiff seeks an award for attorney's fees under the Equal Access to Justice Act ("EAJA"), 28 U.S.C. § 2412(d). Docket 16. Plaintiff sought judicial review of the Social Security Commissioner's final decision denying a claim for benefits, and by judgment dated July 1, 2016, this court remanded the case to the Commissioner for further evaluation. Docket 14. Contending she was the prevailing party, and the Commissioner's position was not "substantially justified," plaintiff now seeks fees totaling $4,130.00, which represents 23.6 hours of work at a rate of $175.00 per hour. Docket 16, p. 2. Counsel for defendant has indicated to the court that the Commissioner not object to the requested award of reasonable attorney fees in this case under the EAJA.

Having considered the submissions of the parties, the record and the applicable law, the court finds the award of attorney's fees should be **GRANTED**. Plaintiff is entitled to the reasonable attorney's fees submitted. It is

**ORDERED**

that plaintiff is awarded $4,130.00 in attorney fees to be paid directly to plaintiff.

Defendant will mail the award to plaintiff's attorney in plaintiff's name.

This the 1st day of August, 2016.

/s/ S. Allan Alexander
UNITED STATES MAGISTRATE JUDGE